[No. 69904-1-I. Division One. October 6, 2014.]

BANK OF AMERICA, NA, *as Successor, Appellant,* v. THE CONDO GROUP, LLC, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 12-2-15042-7, Laura C. Inveen, J., entered November 2, 2012. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 70335-8-I. Division One. October 6, 2014.]

STOCK & ASSOCIATES, INC., *Appellant,* v. STUART MCLEOD ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 10-2-33938-8, Bruce E. Heller, J., entered April 15, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Dwyer, JJ.

[No. 70353-6-I. Division One. October 6, 2014.]

ELAINE VINICK ET AL., *Appellants,* v. HARBORVIEW MEDICAL CENTER ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 11-2-35666-3, Julie A. Spector, J., entered April 23, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Trickey, JJ.

[No. 70490-7-I. Division One. October 6, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. RAMIRO RODRIGUEZ, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 13-1-00237-9, Dave Needy, J., entered May 16, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Appelwick, J.